# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

Twentieth Division

FILED - USDC - FLMD - FTM
AUG 12 2024 PM 1:12

| | |
|---|---|
| Michael James Ross<br>PollutionScience.com<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Wink News (CBS News)<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:24-cv-727-SPC-NPM<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael James Ross |
| Street Address | 3201 Bee Caves Road. Suite 120. P.O. Box 160431 |
| City and County | Austin, Texas - Travis County |
| State and Zip Code | Texas - 78716 |
| Telephone Number | 949-376-7371 |
| E-mail Address | PollutionScience@Protonmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Wink News (CBS News)

    Job or Title *(if known)*:

    Street Address: 2824 Palm Beach Blvd.

    City and County: Fort Myers - Lee County

    State and Zip Code: Florida, 33916

    Telephone Number: 212-975-4321

    E-mail Address *(if known)*: investigates@cbsnews.com

Defendant No. 2

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 3

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Michael James Ross__, is a citizen of the State of *(name)* __Texas__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* ____Wink News (CBS News)____, is incorporated under the laws of the State of *(name)* ____Florida____, and has its principal place of business in the State of *(name)* ____Florida____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Wink news (CBS News) did not tell the truth in their published article about researcher Michael Ross. The article also stated that Michael Ross was being arrested as a felon for being in possession of an airsoft rifle in his vehicle. Michael Ross was never a felon to begin with. CBS never properly checked to see if Michael Ross was a felon before writing an article trying to say that Michael Ross was a convicted felon.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I could be making over 400,000-600,000 $ a year working for a research company. Many research companies may not want to hire a researcher that was in the news headlines as being arrested as a previously convicted felon with an air rifle. This includes having to think every single day about being illegally detained while the authorities and media do not tell the truth. Most of these media agencies have taken down their incorrect news reports. The government has also had to drop the court case of Ross being a felon with an air rifle, simply because this was an illegal arrest to begin with. This Police had to lie to the public & media in attempt to cover-up their own mistake of illegally arresting Michael Ross for being a previously convicted felon with an air rifle.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This illegal arrest has cost me millions of dollars that I lost in investments. I was going to invest this money in a storage company on my property. I am now going to have to sell my property because of this illegal arrest. Many companies may not want to hire someone that the news broadcasts was a previously convicted felon that was arrested with an air rifle. The authorities have stolen my money and will not even allow me to use this money for medical problems such as fixing my teeth while trying to invest in a business. We are seeking damages for the harm that was caused through libel and slander to Michael Ross. We are suing Wink News (CBS) for 8 Million Dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/12/24

Signature of Plaintiff: *Michael J Ross*
Printed Name of Plaintiff: Michael James Ross

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address